AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

FADI BAKRI

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 11440 (MGC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York and Commissioner Raymond Kelly.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 18, 2008 | *[signature]* |
| Date | Signature |
| | Robyn N. Pullio — RP 7777 |
| | Print Name — Bar Number |
| | 100 Church Street |
| | Address |
| | New York, N.Y. 10007 |
| | City / State / Zip Code |
| | (212) 788-1090 — (212) 788-9776 |
| | Phone Number — Fax Number |