UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

FADI BAKRI,

                          Plaintiff,

       -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, DETECTIVE BATTAGLIA,
DETECTIVE CHARLES WALSH, JOHN DOE POLICE
OFFICERS #1-5,

                          Defendants.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

STIPULATION OF
EXTENSION OF TIME TO
ANSWER AND REQUEST
FOR ADJOURNMENT OF
INITIAL CONFERENCE

07 Civ. 11440 (MGC) (GWG)

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for defendants the City of New York, Police Commissioner Raymond Kelly, Detective Battaglia and Detective Charles Walsh[1] to answer or otherwise respond to the complaint in this action is enlarged by Sixty (60) days to and including March 20, 2008. Furthermore, both counsel seek a corresponding adjournment of the initial conference, which is currently scheduled for February 21, 2008, at 12:30 p.m., to a later date convenient to the court, after defendants have filed their answer.

---

[1] The Office of the Corporation Counsel of the City of New York has not discussed with defendants Battaglia or Walsh the manners of service, and makes no representation herein as to the adequacy of process on defendants Battaglia or Walsh. Although the Corporation Counsel does not currently represent Detective Battaglia or Detective Walsh, and assuming they were properly served, the Corporation Counsel respectfully requests this extension on their behalves in order to prevent their defenses from being jeopardized while representational issues are being resolved.

Dated:    New York, New York
           January 22, 2008

NICOLE M. BELLINA
Attorney for Plaintiff
71 Nevins Street
Brooklyn, New York 11217
(718) 852-4491

By: _____
Nicole M. Bellina (NB7154)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants the City of New York
and Police Commissioner Raymond Kelly
100 Church Street,
New York, New York 10007
(212) 788-1090

By: _____
Robyn N. Pullio (RP 7777)
Assistant Corporation Counsel
Special Federal Litigation Division

SO ORDERED:

S/ _____
HONORABLE   MIRIAM   GOLDMAN
CEDARBAUM
UNITED STATES DISTRICT JUDGE

January 23, 2008

2